UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Terion Brown**                    **Docket No. 4:12-CR-104-1D**

### Petition for Action on Supervised Release

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Walter Terion Brown, who, upon an earlier plea of guilty to Possession with Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 18, 2013, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Walter Terion Brown was released from custody on August 31, 2020, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. He ultimately hopes to gain access to a path to early termination of supervision. Inasmuch as he has an extensive criminal history preventing him from eligibility for the Low Intensity Supervision Program (LISP), it is recommended that he participate in Moral Reconation Therapy through Coastal Horizons Center in Wilmington, North Carolina. Successful completion of this program will increase the defendant's likelihood of success on supervision, permit him future access to the LISP, and increase his opportunity for early termination.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                        /s/ Melissa K. Lunsmann
David W. Leake                            Melissa K. Lunsmann
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2
                                          Jacksonville, NC 28546-6762
                                          Phone: (910) 346-5103
                                          Executed On: May 28, 2021

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___June___, 2021, and ordered filed and made a part of the records in the above case.

_____

James C. Dever III
U.S. District Judge