IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-104-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALTER TERION BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On September 12, 2022, Walter Terion Brown wrote the court concerning whether the Bureau of Prisons ("BOP") was properly calculating his jail credit. See [D.E. 90]. Initially, the BOP must analyze the jail credit issue. If Brown is not satisfied with the analysis, he must exhaust his administrative remedies in the BOP. If Brown remains unsatisfied with the BOP's final administrative decision, he may return to the court to obtain judicial review.

SO ORDERED. This 28 day of October, 2022.

JAMES C. DEVER III
United States District Judge